AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

United States

v.

Terrick Bishoff

**EXHIBIT AND WITNESS LIST**

Case Number: 19-04496

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hennessy | Dineen Jerrett | Watkins |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/27/19 | Digital | King |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness: Agent John Mcke |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages